# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: REILLY, CAROLANNE F          §   Case No. 13-83510
                                    §
                                    §
Debtor(s)                           §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  327 South Church Street, Room #1100
  Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 01/07/2015 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  12/15/2014               By:  /s/JOSEPH D. OLSEN
                                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: REILLY, CAROLANNE F § Case No. 13-83510
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 28,950.50 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 28,950.50 |
| **Balance on hand:** | $ 28,950.50 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 28,950.50 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 3,645.05 | 0.00 | 3,645.05 |
| Trustee, Expenses - JOSEPH D. OLSEN | 84.42 | 0.00 | 84.42 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 4,576.50 | 0.00 | 4,576.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,305.97 |
| Remaining balance: | $ 20,644.53 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 20,644.53

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 20,644.53

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 303,356.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | JP MORGAN CHASE BANK, N.A. | 0.00 | 0.00 | 0.00 |
| 1 -2 | JP MORGAN CHASE BANK, N.A. | 249,122.10 | 0.00 | 16,953.68 |
| 2 | Capital One, N.A. | 1,644.12 | 0.00 | 111.89 |
| 3 | American InfoSource LP as agent for | 508.43 | 0.00 | 34.60 |
| 4 | PNC BANK N.A. | 47,588.27 | 0.00 | 3,238.56 |
| 5 | American InfoSource LP as agent for | 253.23 | 0.00 | 17.23 |
| 6 | Portfolio Recovery Associates, LLC | 4,240.26 | 0.00 | 288.57 |

Total to be paid for timely general unsecured claims: $ 20,644.53
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:   $   0.00

Prepared By:   /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                                   Case No. 13-83510-TML
Carolanne F Reilly                                                       Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-3          User: ldixon                  Page 1 of 2                   Date Rcvd: Dec 17, 2014
                              Form ID: pdf006               Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2014.
db           +Carolanne F Reilly,    11005 Lucas Road,    Woodstock, IL 60098-7451
aty          +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,
               Rockford, IL 61104-2228
21100596     +Advocate Medical Group,    PO Box 92523,    Chicago, IL 60675-2523
21100597     +Alexian Brothers Medical Center,    800 Biesterfield Road,    Elk Grove Village, IL 60007-3396
22102544     +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
               El Segundo, CA 90245-3504
21100598     +Blatt, Hasenmiller, Leibsker & Moor,    125 South Wacker Drive, Suite 400,
               Chicago, IL 60606-4440
21974628      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
21100601     +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
21100600     +Chase,   Po Box 24696,    Columbus, OH 43224-0696
21100602     +City of Park Ridge,    505 Butler Place,    Park Ridge, IL 60068-4182
21100603     +Codilis & Associates, P.C.,    Bankruptcy Department,    15W030 North Frontage Rd., Ste. 100,
               Burr Ridge, IL 60527-6921
21100604     +Deutsch, Levy & Engel,    225 W. Washington Stree,    Suite 1700,   Chicago, IL 60606-3482
21100605     +Diversified Adjustment, Inc.,    PO Box 32145,    Minneapolis, MN 55432-0145
21100607     +Firstsource Advantage, LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
21100608     +JC Christensen & Assoc.,    PO Box 519,    Sauk Rapids,   Sauk Rapids, MN 56379-0519
21921329     +JP MORGAN CHASE BANK, N.A.,    C/O LCS FINANCIAL SERVICES CORP,    6782 S POTOMAC ST #100,
               CENTENNIAL, CO 80112-3915
21100610     +Lutheran General Hospital,    PO Box 73208,    Chicago, IL 60673-7208
21100612     +MRS,   1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
21100611      Midwest Diagnostic Pathology,    75 Remittance Drive, Suite 3070,    Chicago, IL 60675-3070
21100613      PMB 477,    444 Brickwell Avenue,    Suite 51,   Miami, FL 33131-2492
22028591     +PNC BANK N.A.,    PO BOX 94982,   CLEVELAND, OH 44101-4982
21100615    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates,     PO Box 12914,    Norfolk, VA 23541)
21100614     +Pnc Bank Na,    Po Box 3180,   Pittsburgh, PA 15230-3180
21100617    #+Scott Lowery Law Office,    1422-B E. 71st Street,    Tulsa, OK 74136-5060
21100618     +Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
21100619     +Verizon,    Attn: Bankruptcy,   Po Box 3397,    Bloomington, IL 61702-3397

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21100595     +E-mail/Text: KM@ARCONCEPTSINC.COM Dec 18 2014 00:50:38     A/r Concepts,    33 W Higgins Rd,
               South Barringt, IL 60010-9103
21982608      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 18 2014 00:51:49
               American InfoSource LP as agent for,    Verizon,   PO Box 248838,
               Oklahoma City, OK  73124-8838
21100599     +E-mail/Text: ebn@squaretwofinancial.com Dec 18 2014 00:50:05     Cach Llc/Square Two Financial,
               Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
21100606     +E-mail/Text: bknotice@erccollections.com Dec 18 2014 00:49:19     Enhanced Recovery Corp,
               Attention: Client Services,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
21100609     +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 18 2014 00:48:16     Kohls/capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21211320*       +A/r Concepts,    33 W Higgins Rd,    South Barringt, IL 60010-9103
21211321*       +Advocate Medical Group,    PO Box 92523,    Chicago, IL 60675-2523
21211322*       +Alexian Brothers Medical Center,    800 Biesterfield Road,    Elk Grove Village, IL 60007-3396
21211323*       +Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,
                  Denver, CO 80237-3485
21211319*       +Chase,    Po Box 24696,   Columbus, OH 43224-0696
21211324*       +Chase,    Po Box 24696,   Columbus, OH 43224-0696
21211325*       +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
21211326*       +City of Park Ridge,    505 Butler Place,    Park Ridge, IL 60068-4182
21211327*       +Codilis & Associates, P.C.,    Bankruptcy Department,    15W030 North Frontage Rd., Ste. 100,
                  Burr Ridge, IL 60527-6921
21211328*       +Deutsch, Levy & Engel,    225 W. Washington Stree,    Suite 1700,   Chicago, IL 60606-3482
21211329*       +Enhanced Recovery Corp,    Attention: Client Services,    8014 Bayberry Rd,
                  Jacksonville, FL 32256-7412
21211330*       +Kohls/capone,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
21211331*       +Lutheran General Hospital,    PO Box 73208,    Chicago, IL 60673-7208
21211332*        Midwest Diagnostic Pathology,    75 Remittance Drive, Suite 3070,    Chicago, IL 60675-3070
21211333*        PMB 477,    444 Brickwell Avenue,    Suite 51,   Miami, FL 33131-2492
22121233*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,     successor to CITIBANK, N.A.,
                  PO Box 41067,    Norfolk, VA 23541)
21211334*       +Pnc Bank Na,    Po Box 3180,   Pittsburgh, PA 15230-3180
21211335*       +Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
21211336*       +Verizon,    Attn: Bankruptcy,   Po Box 3397,    Bloomington, IL 61702-3397
```

```
District/off: 0752-3          User: ldixon             Page 2 of 2              Date Rcvd: Dec 17, 2014
                              Form ID: pdf006          Total Noticed: 31

21100616     ##+Primary Financial Services, LLC,    5959 Corporate Drive, Suite 1400,   Houston, TX 77036-2311
                                                                                        TOTALS: 0, * 19, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2014                              Signature:   /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2014 at the address(es) listed below:
              Andrew J Draus    on behalf of Debtor Carolanne F Reilly lawdraus@aol.com
              Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
              Joseph D Olsen    Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph D Olsen Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
              Maria  Georgopoulos    on behalf of Creditor   Bayview Loan Servicing, LLC nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 6
```