**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re:  REILLY, CAROLANNE F                                     §  Case No. 13-83510
                                                                 §
                                                                 §
                                                                 §
Debtor(s)                                                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $394,805.47                         Assets Exempt:  $28,556.47
*(without deducting any secured claims)*

Total Distribution to Claimants: $20,644.53           Claims Discharged
                                                      Without Payment: $351,045.84

Total Expenses of Administration: $8,305.97

---

3) Total gross receipts of $     28,950.50    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $28,950.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $352,649.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 4,576.50 | 8,305.97 | 8,305.97 | 8,305.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 318,226.96 | 552,478.51 | 303,356.41 | 20,644.53 |
| **TOTAL DISBURSEMENTS** | $675,452.46 | $560,784.48 | $311,662.38 | $28,950.50 |

4) This case was originally filed under Chapter 7 on October 14, 2013. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/18/2015          By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest in MKR Investments L.P. | 1129-000 | 21,262.50 |
| Tax refunds (2013) | 1224-000 | 7,688.00 |
| **TOTAL GROSS RECEIPTS** | | **$28,950.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 190,888.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 161,761.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$352,649.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 3,645.05 | 3,645.05 | 3,645.05 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 84.42 | 84.42 | 84.42 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 4,576.50 | 4,576.50 | 4,576.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $8,305.97 | $8,305.97 | $8,305.97 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | JP MORGAN CHASE BANK, N.A. | 7100-000 | 249,122.00 | 249,122.10 | 0.00 | 0.00 |
| 1 -2 | JP MORGAN CHASE BANK, N.A. | 7100-000 | N/A | 249,122.10 | 249,122.10 | 16,953.68 |
| 2 | Capital One, N.A. | 7100-000 | N/A | 1,644.12 | 1,644.12 | 111.89 |
| 3 | American InfoSource LP as agent for | 7100-000 | 518.00 | 508.43 | 508.43 | 34.60 |
| 4 | PNC BANK N.A. | 7100-000 | N/A | 47,588.27 | 47,588.27 | 3,238.56 |
| 5 | American InfoSource LP as agent for | 7100-000 | 253.00 | 253.23 | 253.23 | 17.23 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 4,240.26 | 4,240.26 | 288.57 |
| NOTFILED | Enhanced Recovery Corp | 7100-000 | 185.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 13,393.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 8,538.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 15,404.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbna | 7100-000 | 4,240.00 | N/A | N/A | 0.00 |
| NOTFILED | Lutheran General Hospital | 7100-000 | 714.47 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Diagnostic Pathology | 7100-000 | 14.76 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Cach Llc/Square Two Financial | 7100-000 | 8,483.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/capone | 7100-000 | 1,644.00 | N/A | N/A | 0.00 |
| NOTFILED | PMB 477 | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pnc Bank Na | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | A/r Concepts | 7100-000 | 156.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Medical Group | 7100-000 | 166.85 | N/A | N/A | 0.00 |
| NOTFILED | Alexian Brothers Medical Center | 7100-000 | 783.88 | N/A | N/A | 0.00 |
| NOTFILED | Cach Llc/Square Two Financial | 7100-000 | 14,300.00 | N/A | N/A | 0.00 |
| NOTFILED | A/r Concepts | 7100-000 | 311.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $318,226.96 | $552,478.51 | $303,356.41 | $20,644.53 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-83510  
**Case Name:** REILLY, CAROLANNE F

**Period Ending:** 02/18/15

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 10/14/13 (f)  
**§341(a) Meeting Date:** 11/14/13  
**Claims Bar Date:** 07/07/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family residence located at 11005 Lucas, | 358,000.00 | 0.00 | | 0.00 | FA |
| 2 | Chase Checking Account No. Ending 1265. | 60.00 | 0.00 | | 0.00 | FA |
| 3 | Chase Savings Account No. Ending 0958. | 0.98 | 0.00 | | 0.00 | FA |
| 4 | ING Savings Account No. Ending 1391. | 595.00 | 0.00 | | 0.00 | FA |
| 5 | Chase Savings Account No. Ending 3556. | 8.67 | 0.00 | | 0.00 | FA |
| 6 | Chase Savings Account No. Ending 3564. | 8.01 | 0.00 | | 0.00 | FA |
| 7 | Chase Savings Account No. Ending 3572. | 7.68 | 0.00 | | 0.00 | FA |
| 8 | Chase Savings Account No. Ending 3580. | 3.15 | 0.00 | | 0.00 | FA |
| 9 | Usual and necessary household goods and furnishi | 1,750.00 | 0.00 | | 0.00 | FA |
| 10 | Usual and necessary clothing and shoes. | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Misc. items of jewely including costume. | 200.00 | 0.00 | | 0.00 | FA |
| 12 | Chase IRA | 3,175.33 | 0.00 | | 0.00 | FA |
| 13 | Merrill Lynch Retirement Account No. Ending 0986 | 18,846.65 | 0.00 | | 0.00 | FA |
| 14 | Interest in MKR Investments L.P. | 0.00 | 10,000.00 | | 21,262.50 | FA |
| 15 | Child Support - $2800 Per month | Unknown | 0.00 | | 0.00 | FA |
| 16 | 2012 Federal and State Refund<br>Imported from Amended Doc#: 19 (duplicative to #20). | Unknown | 11,071.00 | | 0.00 | FA |
| 17 | 2006 Honda Odyssey; over 200K miles; poor condit | 5,475.00 | 0.00 | | 0.00 | FA |
| 18 | 2001 Chevrolet Blazer; over 165,000 miles; poor | 1,175.00 | 0.00 | | 0.00 | FA |
| 19 | Kubota Tractor. | 5,000.00 | 0.00 | | 0.00 | FA |
| 20 | Tax Refund (2012) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Tax refunds (2013) (u) | 0.00 | 7,500.00 | | 7,688.00 | FA |
| 21 | Assets  Totals (Excluding unknown values) | **$394,805.47** | **$28,571.00** | | **$28,950.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 02/18/2015 07:30 AM   V.13.21

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-83510  
**Case Name:** REILLY, CAROLANNE F

**Period Ending:** 02/18/15

**Trustee:** (330400)   JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 10/14/13 (f)  
**§341(a) Meeting Date:** 11/14/13  
**Claims Bar Date:** 07/07/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   October 30, 2015          **Current Projected Date Of Final Report (TFR):**   December 15, 2014  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-83510  
**Case Name:** REILLY, CAROLANNE F  

**Taxpayer ID #:** **-***8970  
**Period Ending:** 02/18/15  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8466 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/14 | {14} | MKR Investments, L.P. | Interest in MKR Investments | 1129-000 | 21,262.50 | | 21,262.50 |
| 11/17/14 | {21} | Carolanne Reilly | 2013 tax refund | 1224-000 | 7,688.00 | | 28,950.50 |
| 01/09/15 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $4,576.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,576.50 | 24,374.00 |
| 01/09/15 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $84.42, Trustee Expenses; Reference: | 2200-000 | | 84.42 | 24,289.58 |
| 01/09/15 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $3,645.05, Trustee Compensation; Reference: | 2100-000 | | 3,645.05 | 20,644.53 |
| 01/09/15 | 104 | JP MORGAN CHASE BANK, N.A. | Dividend paid 6.80% on $249,122.10; Claim# 1 -2; Filed: $249,122.10; Reference: | 7100-000 | | 16,953.68 | 3,690.85 |
| 01/09/15 | 105 | Capital One, N.A. | Dividend paid 6.80% on $1,644.12; Claim# 2; Filed: $1,644.12; Reference: | 7100-000 | | 111.89 | 3,578.96 |
| 01/09/15 | 106 | American InfoSource LP as agent for | Dividend paid 6.80% on $508.43; Claim# 3; Filed: $508.43; Reference: | 7100-000 | | 34.60 | 3,544.36 |
| 01/09/15 | 107 | PNC BANK N.A. | Dividend paid 6.80% on $47,588.27; Claim# 4; Filed: $47,588.27; Reference: | 7100-000 | | 3,238.56 | 305.80 |
| 01/09/15 | 108 | American InfoSource LP as agent for | Dividend paid 6.80% on $253.23; Claim# 5; Filed: $253.23; Reference: | 7100-000 | | 17.23 | 288.57 |
| 01/09/15 | 109 | Portfolio Recovery Associates, LLC | Dividend paid 6.80% on $4,240.26; Claim# 6; Filed: $4,240.26; Reference: | 7100-000 | | 288.57 | 0.00 |

|  |  | ACCOUNT TOTALS | 28,950.50 | 28,950.50 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 0.00 | |
|  |  | **Subtotal** | 28,950.50 | 28,950.50 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$28,950.50** | **$28,950.50** | |

Net Receipts :   28,950.50  
─────────────  
Net Estate :   $28,950.50  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******8466 | 28,950.50 | 28,950.50 | 0.00 |
|  | $28,950.50 | $28,950.50 | $0.00 |

{} Asset reference(s)

Printed: 02/18/2015 07:30 AM     V.13.21